UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BRENDA M. PERSON,	Case No. 3:06-cv-1108-MO

           Plaintiff,	SUPPLEMENTAL JUDGMENT
	FOR EAJA FEES

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

    Based on the stipulation of the parties, it is hereby ORDERED AND ADJUDGED that attorney fees in the amount of $783.89 shall be awarded, as expressly agreed by the parties, directly to attorney Amy J. Cross, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    DATED this 5th day of Dec., 2007.

                                  Michael W. Mosman
                                  United States District Judge

Presented by:

/s/
AMY J. CROSS, OSB#05046
(503) 266-6700
Attorney for Plaintiff

SUPPLEMENTAL JUDGMENT FOR EAJA FEES -	Page 1